UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
at Covington

| AUDREY SISSA AKILIMALI, | ) | |
|---|---|---|
| | ) | Civil Action No. 2:25-cv-00194-SCM |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JAMES A. DALEY, et al. | ) | |
| | ) | |
| Respondents. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Audrey Sissa Akilimali, through counsel, recently filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. [Dkt. 1]. Ms. Akilimali claims that she is being improperly detained by United States Immigration and Customs Enforcement at the Campbell County Jail located in Campbell County, Kentucky. [Dkt. 1 at 2]. Among other things, Ms. Akilimali requests that this Court order her immediate release. [Dkt. 1 at 10].

Having reviewed Ms. Akilimali's Petition pursuant to 28 U.S.C. § 2243, the undersigned concludes that further briefing is necessary to adjudicate her claims. Thus, the Court will require the Respondents to respond to Ms. Akilimali's Petition within fourteen (14) days.[1] Accordingly, **IT IS ORDERED** as follows:

1) The Clerk of the Court is directed to send a copy of Ms. Akilimali's Petition [Dkt. 1] and this Order to both (a) the United States Attorney's Office for the Eastern District of Kentucky, and (b) James A. Daley, Jailer at the Campbell County Jail.

---

[1] District Judges in this District have required responses to similar Petitions within a similar timeframe. *See Ramirez Sanchez v. Jailer Jason Maydak, et al.*, Civil Action No. 2:25-142-SCM, Dkt. 7 (Reeves, J.). Upon good cause shown, Respondents may move for a brief period of additional time to respond to Ms. Akilimali's Petition.

1

2) **Within fourteen (14) days from the entry of this Order**, the United States Attorney's Office for the Eastern District of Kentucky and James. A Daley are directed to file a response to Ms. Akilimali's Petition. The response should be in the form of a memorandum addressing the factual allegations and legal claims contained in the pleading. Neither a formal motion to dismiss nor a motion for summary judgment is appropriate for these proceedings. The Respondents also should attach any relevant documentary evidence to the response brief.

3) Once the Respondents file their response(s), Ms. Akilimali may file a reply **within fourteen (14) days**. The Court will then further consider the Petition and enter any appropriate Orders.

Signed this 25th day of November, 2025.

S. Chad Meredith, District Judge
United States District Court
Eastern District of Kentucky